


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINE FERRELL, as Parent and Legal Guardian of
BILLIE ORTIZ
    Plaintiff

vs.                            C.A. #07-1017

SCHOOL DISTRICT OF PHILADELPHIA, et al.
    Defendants

## ORDER APPROVING SETTLEMENT
## AND
## ORDER FOR DISTRIBUTION

AND NOW, this 24 day of January, 2008, upon consideration of the Amended Petition for Leave to Compromise a Minor's Action, it is hereby ORDERED and DECREED that Petitioner is authorized to enter into a settlement with Defendants, SCHOOL DISTRICT OF PHILADELPHIA, et al. in the gross sum of **Twenty Five Thousand ($25,000.00)** Dollars. Defendants shall forward drafts or checks to Petitioners, counsel for proper distribution.

IT IS FURTHER ORDERED and DECREED that the settlement proceeds be allocated as follows:

1. Minor Plaintiff

| NAME | DATE OF BIRTH | AMOUNT |
|---|---|---|
| Billie Ortiz | January 4, 1993 | $25,000.00 |
| a. Michael Pileggi, Esquire Reimbursement for Costs | | $350.00 |
| b. Michael Pileggi, Esquire Attorney Fees | | $11,250.00 |

    c. The balance, the sum of **$13,400.00** payable to **BILLIE ORTIZ, A MINOR**, shall be distributed as follows:

> Counsel is hereby authorized to execute all documentation necessary to purchase saving certificate(s), from federally insured banks or savings institutions having an office in Philadelphia County, in the sum of $13,400.00, each not to exceed the insured amount, with the funds payable to the

minor upon majority. The certificate shall be titled and restricted as follows:

BILLIE ORTIZ, a minor, not to be withdrawn except for renewal in its entirety, not to be withdrawn, assigned, negotiated or otherwise alienated before the minor attains majority, except upon Order of the Court.

BY THE COURT:

_____
HONORABLE MARY A. McLAUGHLIN

ENTERED

CLERK OF COURT