MAM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINE FERRELL, as parent and natural Guardian of BILLIE ORTIZ,
Plaintiff

v.

SCHOOL DISTRICT OF PHILADELPHIA, et al.
Defendants

: CIVIL ACTION
:
: NO. 07-1017
:

JAN 24 2008

## STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS PAUL VALLAS, ANTHONY WILSON, ANDREA PRENDERGAST, JOANN GREENLY AND FRED KOMRAUS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed by Michael Pileggi, Esquire, attorney for Plaintiff Christine Ferrell as Parent and Legal Guardian of Billie Ortiz, and Elizabeth Mattioni, Esquire, attorney for Defendants School District of Philadelphia, Paul Vallas, Anthony Wilson, Andrea Prendergast, Joann Greenly and Fred Komraus that all claims against the individual defendants Paul Vallas, Anthony Wilson, Andrea Prendergast, Joann Greenly and Fred Komraus are hereby dismissed with prejudice.

ENTERED

JAN 25 2008

CLERK OF COURT

_____
Michael Pileggi, Esquire
Attorney for Plaintiff
Christine Ferrell as Parent and Legal
Guardian of Billie Marie Ortiz

Date: 1/24/08

_____
Elizabeth Mattioni, Esquire
Attorney for Defendants School
District of Philadelphia, Paul Vallas,
Anthony Wilson, Andrea
Prendergast, Joann Greenly and
Fred Komraus

Date: 1/18/08

_____
1/24/08   J.